KELLY, Circuit Judge,
concurring in part and dissenting in part.
I concur as to all issues raised on appeal, with one exception. I respectfully disagree *591 with the suggestion that Scher v. Engelke precludes an Eighth Amendment calculated harassment claim merely because a prisoner is actually in violation of a particular prison policy. 943 F.2d at 924 (holding that the evidence regarding the searches of Scher’s prison cell showed a “pattern of calculated harassment unrelated to prison needs from which the U.S. Supreme Court has stated that prisoners are protected”). Because I believe Deaton’s Eighth Amendment claim has not been properly addressed, I would reverse and remand for further consideration of this claim only.